No. 534. JOYCE *v.* HUMBIRD ET AL.; and
Nos. 535 and 536. WILLIAM T. JOYCE Co. *v.* SAME. November 11, 1935. Petition for writs of certiorari to the

642

Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Franklin J. Stransky* and *John S. Burchmore* for petitioners. *Mr. Thomas L. Marshall* for respondents.